Kevin W. Willhelm
SBN 00785252
3111 South 14th Street
Abilene, TX  79605
(325)692-0900
(325)692-8994 Facsimile

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

|  |  |
|---|---|
| IN RE: | CHAPTER 13 |
|  | CASE NO: 10-10303 -RLJ-13 |
| CARL LOYD LAWRENCE | JUDGE:  Robert L. Jones |
| VICKI LYNN LAWRENCE | HEARING DATE:   AUGUST 26, 2013 |
|  | HEARING TIME:   11:00 A.M. |

A/K/A 1:                                                             A/K/A 2:
D/B/A 1:                                                             D/B/A 2:

### NOTICE OF HEARING, PRE-HEARING CONFERENCE
### AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

### NOTICE OF HEARING

On AUGUST 26, 2013, which is at least twenty-eight (28) days from the date of service hereof, at 11:00 o'clock A.M. a **HEARING** on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge, in room 2201 U.S. Courthouse, 3rd & Pine Street, Abilene, Texas. Creditors are not required to attend unless they have objections to the Modification.

### NOTICE OF PRE-HEARING CONFERENCE

A **PRE-HEARING CONFERENCE** will be held by the Trustee at 8:30 o'clock A.M. prior to the above hearing time at the following location 2201 U.S. Courthouse, 3rd & Pine Street, Abilene, Texas.  Hearings on Motions to Modify Plans with objections not resolved at the **PRE-HEARING CONFERENCE** will be heard by the Court at the scheduled Hearing time.

**NOTICE** is hereby given that pursuant to 11 U.S.C. 1329 the attached "Modification of Plan" dated July 10, 2013, **will be** by the Court as the Debtor's Modified Chapter 13 Plan unless a party in interest files a written "Objection to the Modification" within twenty one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan.  An **"Objection to Modification"** shall be made in writing to the following: United States Bankruptcy Court, Clerks's Office, 1205 Texas Avenue, Lubbock, TX  79401-4002, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola Avenue, Lubbock, Texas, 79424 and Debtor(s) Attorney at the above address.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

|  |  |  |
|---|---|---|
|  | * | CHAPTER 13 |
| IN RE: | * | CASE NO: 10-10303 -RLJ-13 |
|  | * |  |
| CARL LOYD LAWRENCE | * | JUDGE:  Robert L. Jones |
| VICKI LYNN LAWRENCE | * | HEARING DATE:   AUGUST 26, 2013 |
|  | * | HEARING TIME:   11:00 A.M. |

A/K/A 1:                                                            A/K/A 2:
D/B/A 1:                                                            D/B/A 2:
_____

_____   **MODIFICATION OF MODIFIED CHAPTER 13 PLAN AFTER CONFIRMATION**

**DATE:   July 10, 2013**

Pursuant to 11 U.S.C. 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

### HISTORY OF THE CASE

1. Date Case Filed:  SEPTEMBER 3, 2010
2. Date of Section 341 Meeting:  OCTOBER 14, 2010
3. First Payment Date:   OCTOBER 3, 2010
4. Date of Confirmation:   December 3, 2010
5. Total Plan Term Prior to this Modification:   60
6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:  34
7. Remaining Plan Term (subtract item 6 from the lessor of item 5 or 60 months):   26
8. Amount of Arrears through the month prior to the date the Modification is filed:   $0.00
9. Date Plan Payments are to Resume:   AUGUST 3, 2013
   (This must be the same month that the Modification is set for approval by the Court)
10. Total Payments **Paid** to the Trustee through the month prior to the date the Modification is filed with the clerk:   $ 15,000.00
11. Total Payments **Due** to the Trustee through the month prior to the date the Modification is filed with the clerk:   $ 13,600.00
12. Total Payments **Due** to the Trustee from the month the Modification is filed to the month the Modification is set for approval:   $400.00
13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders:
    _____

## II.
## MODIFICATION REQUESTED
(check 1 or more of the following 4 choices)

\_\_\_\_ Plan payments remain at $_____ per month.

_xx_  **DECREASE** monthly payment from $400.00 per month to $275.00 per month (must coincide with resume date shown in item 9 above)

\_\_ Extend months from  months to  months (Not to Exceed 60 Calendar Months from Month of First Payment Date)

\_\_\_\_ Add balloon payment of $_____ in \_\_\_\_\_ month (indicate how the balloon payment will be made)_____
_____
All modifications which include a balloon payment will require testimony.

Any arrears indicated in item 8 above shall be cured by the following method:_____

## III.
## RESUMPTION OF PAYMENTS TO THE TRUSTEE
(all information below must be complete)

Payments can only change as of the month the modification is approved.  Payments to the Trustee in the amount of $275.00 will resume on or before AUGUST 3, 2013 (item 9 above) for 26 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount remains the same in the amount of $_____.

Base amount will change from $ 24,000.00 to $22,825.00
**If the base amount has changed complete the following:**
    **Total Paid in as of the month prior to Modification Approval:**   $ 15,400.00
    **(+) Plus Total Payments to be made through the Remainder**
        **of the plan (making up any arrears in item 8 above):**     $ _7,150.00_
    **(=)New Base Amount**                                                        $ 22,550.00

## V.
## TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2009-03.  Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final.  A proof of claim must be timely filed to be allowed.

_xx_\_\_\_ The unsecured creditor pool remains $0.00.

\_\_\_\_\_ The unsecured creditor pool changes from $_____ to $_____.

## V.
## SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

**ADD/DELETE/SURRENDER/CHANGE** the following Secured, Priority or Special Class Unsecured Creditor(s):
**CODE; A = ADD; D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT =CHANGE TO**

| Code | Name | Class | Amount | Collateral | Value | Int. | Monthly Payment Surrender Direct |
|------|------|-------|--------|------------|-------|------|-----------------------------------|
| S | EE & Gloria Goodrich | sec | $21,432.11 | Homestead | $66,942.00 | | Surrender |
| S | EE & Gloria Goodrich | sec | $5,300.44 | Homestead arrears | $66,942.00 | | Surrender |

**Note: Changes to any creditors above shall not be effective until the Modification is Approved.**

## VI.
## ATTORNEY'S FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00, of which $350.00 will be paid through the Plan by the Trustee.

## VII.
## REASON FOR MODIFICATION

This Modification is requested for the following reason(s): Debtor's health is failing and he is unable to work and maintain payments on the home. Therefore, they wish to surrender the home.

## VIII.
## BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

Dated:____7/18/13_____

Respectfully submitted,

/s/ KEVIN W. WILLHELM

Notice of Hearing, Pre-Hearing Conference and Attached
Modification of Plan after Confirmation BAPCPA -Revised 12/1/2009

Page 4 of 5

KEVIN. W. WILLHELM  
SBN  00785252  
DEBTOR ATTORNEY

## CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan After Confirmation, Notice of Hearing and Pre-Hearing Conference has been served by me on _____7/18/13_____, to all the following parties and the attached matrix, by United States First Class Mail, proper postage affixed.

Walter O'Cheskey  
6308 Iola Ave.  
Lubbock, TX  79424

US Trustee  
1100 Commerce St. 976  
Dallas, TX 75252

/s/KEVIN W. WILLHELM  
KEVIN W. WILLHELM  
DEBTOR ATTORNEY

Notice of Hearing, Pre-Hearing Conference and Attached  
Modification of Plan after Confirmation BAPCPA -Revised 12/1/2009

Page 5 of 5

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 10-10303-rlj13<br>Northern District of Texas<br>Abilene<br>Mon Jul 15 15:24:47 CDT 2013 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | Abilene Cardiovascular Surgery PA<br>5823 N. Mesa, no. 312<br>El Paso, TX 79912-4607 |
| Abilene Lung Physicians<br>1850 Hickory Suite 103<br>Abilene, TX 79601-2334 | Attorney General of Texas<br>Bankruptcy Reporting Contact<br>PO Box 12017<br>Austin, TX 78711-2017 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| CHRYSLER FINANCIAL SERVICES AMERICAS, LLC<br>CO Shermeta, Adams & Von Allmen, P.C.<br>P.O. Box 80908<br>Rochester Hills, MI 48308-0908 | (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | Capital One, N.a.<br>CO American Infosource<br>PO Box 54529<br>Oklahoma City, OK 73154-1529 |
| Cardiology Consultants<br>1201 N 18th Street<br>Abilene, Tx 79601-2932 | Chrysler Financial<br>PO Box 977<br>Roanoke, TX 76262-0977 | Clinical Pathology Associates<br>PO Box 3138<br>Abilene, TX 79604-3138 |
| Cmre Financial Services Inc<br>3075 E Imperial Hwy<br>Suite 200<br>Brea, CA 92821-6753 | Countryplace Mortgage<br>15303 Dallas Pkwy Ste 90<br>Addison, TX 75001-6700 | Credit Systems Intl In<br>Po Box 13564<br>Philadelphia, PA 19101 |
| E.E. & Gloria Goodrich<br>P.O. Box 388<br>Konawa, OK 74849-0388 | EE & Gloria Goodrich<br>CO Goodrich Law Firm<br>6417 Forest Highlands Drive<br>Fort Worth, TX 76132-4440 | Farm Bureau Bank<br>PO Box 33427<br>San Antonio, TX 78265-3427 |
| Hendrick Anesthesia Network<br>PO Box 3536<br>Abilene TX 79604-3536 | Hendrick Medical Center<br>Collection Dept.<br>PO Box 3117<br>Abilene, TX 79604-3117 | Hendrick Rehab<br>1934 Hickory No. 100<br>Abilene, TX 79601-2336 |
| Internal Revenue Service<br>1100 Commerc St., Room 9B8<br>Mail Code 5020-DAL<br>Dallas, TX 75242-1100 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Joh H. Gullett, MD<br>1150 N 18th Street No. 402<br>Abilene, TX 79601-2931 |
| John H. Gullett, MD<br>PO Box 1935<br>Provincetown, MD 02657-0345 | Online Collections<br>PO Box 1489<br>Winterville, NC 28590-1489 | Onyx Acceptance Corp- Captital One Finan<br>CO TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091-5155 |
| Recovery Management Systems Corporation<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |

| | | |
|---|---|---|
| Taylor Electric Cooperative Inc.<br>PO Box 250<br>Merkel, TX 79536-0250 | Texas Midwest emergency Physicians<br>PO Box 676240<br>Dallas, TX 75267-6240 | Tnb-visa<br>PO Box 560284<br>Dallas, TX 75356-0284 |
| Vanda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Vanda, LLC<br>CO Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | West Central Tx Coll B<br>Po Box 2586<br>Abilene, TX 79604-2586 |
| Carl Loyd Lawrence<br>P.O. Box 7662<br>Abilene, TX 79608-7662 | Kevin W. Willhelm<br>Law Office of Weir & Willhelm<br>3111 South 14th Street<br>Abilene, TX 79605-4035 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 |
| Vicki Lynn Lawrence<br>PO Box 7662<br>Abilene, TX 79608-7662 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | |